```
Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER STROSS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC, a Delaware Limited Liability Company d/b/a "YouTube"; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:22-cv-04426-CAS-KS<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-CV-04426-CAS-KS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* GOOGLE LLC dba YOUTUBE
was received by me on *(date)* 06/29/2022

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LYNANNE GARES (MANAGING AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* GOOGLE LLC dba YOUTUBE C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 on *(date)* 06/29/2022 AT 12:00 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 06/29/2022

*Server's signature*

KEVIN S. DUNN    PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; COMPLAINT WITH JURY TRIAL DEMANDED; EXHIBIT A