Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexander Stross;<br><br>  Plaintiff,<br><br>v.<br><br>Google LLC *et al.*,<br><br>  Defendants. | Case No.: 2:22-cv-04426-RSWL-KS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: June 29, 2022<br>Current Response Date: July 20, 2022<br>New Response Date: August 19, 2022 |

Plaintiff Alexander Stross and Defendant Google LLC ("Google"; collectively with Plaintiff, the "Parties"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the Complaint on June 28, 2022 (Dkt. 1);

WHEREAS, Google was served with the Summons and Complaint on June 29, 2022 (Dkt. 10);

WHEREAS, because counsel for Google in this action was recently retained and needs additional time to investigate the allegations in the Complaint, Google

1  has requested, and Plaintiff has granted, an extension of time to respond to the
2  Complaint by not more than 30 days;
3      WHEREAS, Plaintiff submits this stipulation on behalf of both parties;
4      THEREFORE, the time for Google to respond to the Complaint is extended
5  to August 19, 2022, pursuant to Local Rule 8-3.
6      <u>SO STIPULATED</u>.

Dated: July 20, 2022                        DONIGER/BURROUGHS

                                        By:    <u>*/s/ Stephen M. Doniger*</u>
                                                  Stephen M. Doniger, Esq.
                                                  Benjamin F. Tookey, Esq.
                                                  *Attorneys for Plaintiff*

    Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all parties on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

Date: July 20, 2022                         By:    <u>*/s/ Benjamin F. Tookey*</u>
                                                  Benjamin F. Tookey, Esq.