1  COOLEY LLP
   BOBBY GHAJAR (198719)
2  (bghajar@cooley.com)
   COLETTE GHAZARIAN (322235)
3  (cghazarian@cooley.com)
   1333 2nd Street, Suite 400
4  Santa Monica, CA  90401
   Telephone:  (310) 883-6400
5  Facsimile:   (310) 883-6500

6  ANGELA L. DUNNING (212047)
   (adunning@cooley.com)
7  3175 Hanover Street
   Palo Alto, CA  94304-1130
8  Telephone:  (650) 843-5000
   Facsimile:   (650) 849-7400
9
   Attorneys for Defendant
10 Google LLC

11

12                    UNITED STATES DISTRICT COURT

13                    CENTRAL DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  Alexander Stross, | Case No. 2:22-cv-04426-AB(KSx) |
| 16                Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| 17       v. | |
| 18  Google LLC, | |
| 19                Defendant. | Judge:   Hon. Andre Birotte Jr.<br>Date Action Filed:   June 28, 2022 |

IT IS HEREBY STIPULATED by and between Plaintiff Alexander Stross and Defendant Google LLC that the above-captioned action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, expenses and costs in connection with the action.

Dated:   August 13, 2023    DONIGER/BURROUGHS

By:   */s/ Stephen M. Doniger*
         Stephen M. Doniger, Esq.

Attorneys for Plaintiff
Alexander Stross

Dated:   August 13, 2023    COOLEY LLP

By:   */s/ Angela L. Dunning*
         Angela L. Dunning, Esq.

Attorneys for Defendant
Google LLC

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)**

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated:   August 13, 2023    COOLEY LLP

By:   */s/ Angela L. Dunning*
         Angela L. Dunning

Attorneys for Defendant
Google LLC