JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexander Stross,<br><br>            Plaintiff,<br><br>    v.<br><br>Google LLC,<br><br>            Defendant. | Case No. 2:22-cv-04426-AB-KS<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Judge:    Hon. Andre Birotte Jr.<br>Date Action Filed:    June 28, 2022 |

Pursuant to the parties' Stipulation, this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees, expenses, and costs.

SO ORDERED.

DATED: August 15, 2023

_____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE